■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ANDERSON, Also Known as KEVIN ANDREWS, Appellant. [737 NYS2d 311] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Robbery, 1st Degree.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN ANDREWS, Appellant. [737 NYS2d 311] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Robbery, 3rd Degree.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVI GARRETT, Appellant. [737 NYS2d 565] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD P. GIBSON, Appellant. [737 NYS2d 312] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Martusewicz, J.—Rape, 2nd Degree.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS McDOWELL, Appellant. [737 NYS2d 312] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Attempted Burglary, 2nd Degree.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.